IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOSEPH COTTON, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>        Defendant. | Civil No. 23-4953 (KMW/AMD) |

**ORDER FOR ADMINISTRATIVE TERMINATION**

      This matter having come before the Court by way of joint letter submission dated December 15, 2025 concerning the parties intention to enter into private mediation; and the parties requesting a stay of discovery in this case until March 31, 2026; and good cause appearing for the entry of the within Order:

      IT IS this **18th** day of **December 2025**,

      **ORDERED** that discovery shall be, and is hereby, stayed until **March 31, 2026**; and it is further

      **ORDERED** that the Motion to Set a Precertification Discovery Plan filed by Defendant [D.I. 88] shall be, and is hereby, administratively terminated, without prejudice to any party's right to reactivate the motion; and it is further

      **ORDERED** that the above-captioned matter shall be, and is hereby, administratively terminated pending private mediation; and it is further

      **ORDERED** that the Court will conduct a telephonic status conference on **April 2, 2026 at 10:30 A.M.** Counsel shall utilize

the following dial-in instructions for the conference call: **1-856-210-8988 / 223 150 724#.**

                                                        s/ Ann Marie Donio
                                                        ANN MARIE DONIO
                                                        UNITED STATES MAGISTRATE JUDGE

cc: Hon. Karen M. Williams